## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FREEDOM WATCH,
2020 Pennsylvania Ave. NW, Suite 345
Washington, DC, 20006

              Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION
170 Marcel Drive
Winchester, VA, 22602

              Defendant.

## COMPLAINT

Plaintiff Freedom Watch, Inc. ("Freedom Watch") brings this action against Defendant Federal Bureau of Investigation ("FBI") to compel compliance with the Freedom of Information Act, 5 U.S.C.§ 552 ("FOIA"). As grounds therefore, Freedom Watch alleges as follows:

### JURISDICTION AND VENUE

1.      The Court has jurisdiction over this action pursuant to 5. U.S.C. § 552(a)(4)(B) and 28 § U.S.C 1331.

2.      Venue is proper in this district pursuant to 28. U.S.C. § 1391(e).

### PARTIES

3.      Plaintiff Freedom Watch, Inc. is a 501(c)(3), non-profit, public interest foundation organized under the laws of the District of Columbia and having its principal place of business at 2020 Pennsylvania Ave., NW Suite 345, Washington, DC, 20006. Plaintiff seeks to promote

openness within the federal government and its actions. Plaintiff regularly requests records under

FOIA to shed light on the operations of the federal government and to educate the public about

these operations. Plaintiff then analyzes the agency records and disseminates the results of its

analysis to the public.

4.      Defendant FBI is an agency of the U.S. Government. FBI has possession,

custody, and control of records to which Plaintiff seeks access.

### STATEMENT OF FACTS

5.      On July 31, 2018, Freedom Watch sent a FOIA requests to Defendant FBI by

facsimile and Federal Express

> *Request #1*: Any and all documents that refer or relate in any way to collaboration
> and/or communication by and between the Federal Bureau of Investigation and
> Southern Poverty Law Center and any of its agents from January 20, 2008 to
> present. See attachment incorporated herein by reference.

A true and correct copy of Freedom Watch's FOIA Request and Proof of Service are attached

hereto as **Exhibit 1**.

6.      FBI was required to determine whether to comply with Freedom Watch's FOIA

Request within 10 days, excepting Saturdays, Sundays, and legal public holidays, pursuant to 5

U.S.C.§  552(a)(6)(E)(ii)(I), based on Freedom Watch's request for expedited processing.

Pursuant to 5 U.S.C.§ 552, FBI was also required to notify Freedom Watch immediately of this

determination, the reasons therefore, and the right to appeal any adverse determination to the

head of the agency. Excluding weekends, and since there were no legal public holidays within

the timeframe, FBI was required to make its determination and provide Freedom Watch with

requisite notifications regarding Freedom Watch's FOIA Request by August 14, 2018

7.      As of the date of this Complaint, FBI has failed to make bona fide, good faith

determinations about whether they will comply with Freedom Watch's request. Nor has FBI

produced any records responsive to Freedom Watch's request, indicated when any responsive records will be produced, or demonstrated that specific responsive records are exempt from production.

### FIRST CAUSE OF ACTION
**(Violation of FOIA, 5 U.S.C. § 552)**

8.     Freedom Watch re-alleges paragraphs 1 through 8 as if fully stated herein.

9.     Defendant FBI is unlawfully withholding records requested by Freedom Watch's FOIA Request pursuant to 5 U.S.C. § 552 as set forth in Exhibit 1, which is incorporated herein by reference.

10.     Freedom Watch is being irreparably harmed by reason of FBI's unlawful withholding of requested records, and Freedom Watch will continue to be irreparably harmed unless FBI is compelled to conform its conduct to the requirements of the law.

11.     Freedom Watch respectfully requests a FOIA fee waiver pursuant to 5 U.S.C. § 552, as Freedom Watch is a non-profit, public interest organization that seeks to promote openness within the federal government and their actions. Freedom Watch regularly requests records under FOIA to shed light on the operations of the federal government and to educate the public about these operations. Freedom Watch then analyzes the agency records and disseminates the results of its analysis to the public at large.

WHEREFORE, Freedom Watch respectfully request that the Court: (1) order FBI to conduct a search for any and all responsive records to Freedom Watch's FOIA request and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Freedom Watch's FOIA Request; (2) order FBI to produce, by a certain date, any and all non-exempt records responsive to Freedom Watch's FOIA request and a *Vaughn* index of any responsive records withheld under claim of exception.; (3) enjoin FBI from

continuing to withhold any and all non-exempt records responsive to Freedom Watch's FOIA request; (4) grant Freedom Watch an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Freedom Watch such other relief as the Court deems just and proper.

Dated: August 15, 2018                                        Respectfully submitted,

                                                              */s/ Larry Klayman*
                                                              Larry Klayman, Esq.
                                                              Freedom Watch, Inc.
                                                              D.C. Bar No. 334581
                                                              2020 Pennsylvania Ave, NW
                                                              Suite 345
                                                              Washington, DC, 20006
                                                              Tel: (310) 595-0800
                                                              Email: leklayman@gmail.com